```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 35600
   JOHNNY JENKINS
   ANNIE WESSON JENKINS                      CHAPTER 13

                                             JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-0599     SSN XXX-XX-3240

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/06/2005 and was confirmed 01/09/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 07/30/2007.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------
MEADOWS CREDIT UNION     SECURED           18075.00      1962.56       10614.92
MEADOWS CREDIT UNION     UNSECURED         11854.03          .00            .00
CHASE MANHATTAN          CURRENT MORTG          .00          .00            .00
SHAPIRO & KREISMAN       NOTICE ONLY      NOT FILED          .00            .00
HOLLY LOVE               SECURED           12000.00          .00        7576.26
IL DEPT OF HEALTHCARE &  SECURED            4572.10          .00            .00
IL DEPT OF PUBLIC AID    NOTICE ONLY      NOT FILED          .00            .00
MORTGAGE ELECTRONIC REGI SECURED NOT I    100369.00          .00            .00
COOK COUNTY TREASURER    PRIORITY         NOT FILED          .00            .00
COOK COUNTY COLLECTOR    NOTICE ONLY      NOT FILED          .00            .00
COOK COUNTY COLLECTOR    NOTICE ONLY      NOT FILED          .00            .00
COOK COUNTY TREASURER    SECURED                .00          .00            .00
DEPARTMENT OF THE TREASU UNSECURED        NOT FILED          .00            .00
INTERNAL REVENUE SERVICE NOTICE ONLY      NOT FILED          .00            .00
INTERNAL REVENUE SERVICE NOTICE ONLY      NOT FILED          .00            .00
INTERNAL REVENUE SERVICE NOTICE ONLY      NOT FILED          .00            .00
ACN                      UNSECURED        NOT FILED          .00            .00
ROUNDUP FUNDING LLC      UNSECURED          6829.99          .00            .00
RISK MANAGEMENT COLLECTI NOTICE ONLY      NOT FILED          .00            .00
ARROW FINANCIAL SERVICES UNSECURED        NOT FILED          .00            .00
CAPITAL ONE AUTO FINANCE UNSECURED          6638.10          .00            .00
CITY OF CHICAGO PARKING  UNSECURED           360.00          .00            .00
LINEGARGER GOGGAN BLAIR  NOTICE ONLY      NOT FILED          .00            .00
AT & T WIRELESS          UNSECURED          2873.99          .00            .00
CLERK OF THE CIRCUIT CT  UNSECURED        NOT FILED          .00            .00
COMMONWEALTH EDISON      UNSECURED        NOT FILED          .00            .00
FIRST CONSUMERS NB       UNSECURED          1797.01          .00            .00
HOUSEHOLD CREDIT SERVICE UNSECURED        NOT FILED          .00            .00
MCM                      NOTICE ONLY      NOT FILED          .00            .00
ICE MOUNTAIN SPRING WATE UNSECURED        NOT FILED          .00            .00
ILLINOIS LENDING GROUP   UNSECURED          1221.29          .00            .00
MEDICAL COLLECTION       UNSECURED        NOT FILED          .00            .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 35600 JOHNNY JENKINS & ANNIE WESSON JENKINS
```

```
NEWMAN BOYER & STATHAM,    UNSECURED          400.00              .00              .00
NICOR GAS                  UNSECURED         1114.23              .00              .00
CBCS                       NOTICE ONLY     NOT FILED              .00              .00
ECAST SETTLEMENT CORP      UNSECURED         1040.62              .00              .00
ORLAND PARK DENTAL         UNSECURED       NOT FILED              .00              .00
SAMS CLUB                  UNSECURED       NOT FILED              .00              .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED              .00              .00
UNITED CASH LOANS          UNSECURED       NOT FILED              .00              .00
VILLAGE OF DOLTON          UNSECURED       NOT FILED              .00              .00
CHASE MANHATTAN            MORTGAGE ARRE     969.90              .00           969.90
JEFFERSON CAPITAL SYSTEM   UNSECURED          986.05              .00              .00
MORTGAGE ELECTRONIC REGI   SECURED NOT I   15288.81              .00              .00
ECAST SETTLEMENT CORP      UNSECURED          284.32              .00              .00
INTERNAL REVENUE SERVICE   SECURED NOT I    3372.85              .00              .00
ZALUTSKY & PINSKI LTD      REIMBURSEMENT     194.00              .00           194.00
CAPITAL ONE AUTO FINANCE   SECURED NOT I        .00              .00              .00
TRIBUTE PAYMENT PROCESSI   UNSECURED       NOT FILED              .00              .00
BLACK EXPRESSIONS          UNSECURED       NOT FILED              .00              .00
BLACK EXPRESSIONS          NOTICE ONLY     NOT FILED              .00              .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY      2,700.00                           2,700.00
TOM VAUGHN                 TRUSTEE                                             1,357.42
DEBTOR REFUND              REFUND                                              3,513.81

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                28,888.87

PRIORITY                                         194.00
SECURED                                       19,161.08
    INTEREST                                   1,962.56
UNSECURED                                           .00
ADMINISTRATIVE                                 2,700.00
TRUSTEE COMPENSATION                           1,357.42
DEBTOR REFUND                                  3,513.81
                     ---------------        ---------------
TOTALS                 28,888.87              28,888.87
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 10/16/07                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                         PAGE   2
     CASE NO. 05 B 35600 JOHNNY JENKINS & ANNIE WESSON JENKINS